# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARRETT JOHN

VERSUS

BRIANNA FREEMAN JOHN

NO.  2025 CW 1270

**MARCH 23, 2026**

---

In Re:     Garrett John, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 196464.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court's ruling that Brianna John Landrum could properly assert a blanket-type invocation of the Fifth Amendment privilege against self-incrimination to all potential questions is reversed. A witness in a civil proceeding must submit to be called and sworn and to answer all questions except incriminating ones. The proper procedure is for the court to permit the witness to be called on cross-examination and to invoke the privilege after each question is asked so that the court may rule as to whether the particular question is incriminating. **State ex rel. A.R.,** 2008-0261 (La. App. 1st Cir. 6/6/08), 2008 WL 2332322, *2 (unpublished).

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT